AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ANSON KLINGER

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANSON KLINGER

Name MAGISTRATE JUDGE GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title 18 United States Code, Section(s) 1962(d), 1955, 1956(h)

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 Corporate Surety Bond

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |