U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Anson Klinger (J)#  CASE NO: 00-6309-CR-Seitz / 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez  ATTNY: John Catrone
AGENT: _____  VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892
PROCEEDING: Initial Appearance  BOND REC: 100,000 CSB w/Nebbia

BOND HEARING HELD - yes/no Stip  COUNSEL APPOINTED: _____

BOND SET @ 25,000 CSD w/Nebbia + 100,000 PSB

CO-SIGNATURES: brother

SPECIAL CONDITIONS:

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt to PTS as directed for ___ x's a week/month by phone, ___ x's a week/month in person. ✓
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ✗
6) Maintain or seek full-time employment. ✓
7) Maintain or begin an educational program.
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
_____ Electronic Monitoring _____

Ore tenus m/unseal granted

Advised of charges

FILED by ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

reside @ current address
no illegal drugs or
excessive alcohol

| | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| NEXT COURT APPEARANCE: | | | |
| INQUIRY RE COUNSEL: | 10/31 | 10 | Miami duty |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN or REMOVAL: | 10/31 | 10 | Miami duty |
| STATUS CONFERENCE: | | | |

DATE: 10-26-00   TIME: 11:00am   TAPE # 00-084   PG # 01

#35
HA