UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | CASE NO. 00-6309-CR SEITZ |
| Plaintiff | |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| ANSON PETER KLINGER | 55524.004 |
| Defendant | |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10-26-00   5:10 AM

2. Spoken Language: ENGLISH

3. Offense(s) charged: 18 USC 1962(d), 1955, 1956(h)

4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN

5. Date of birth: 02/08/40

6. Type of charging document: (Check One)
   [X] INDICTMENT     [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 245A-MM-91505     CASE NO. _____
   DISTRICT: Southern Florida (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [X] YES  [ ] NO

   AMOUNT OF BOND: _____
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10-26-00     9. _____
                         ARRESTING OFFICER
10. AGENCY: FBI      11. _____
                         PHONE NO.

#53
HM