# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   517724

UNITED STATES OF AMERICA

V.

ANSON KLINGER

**WARRANT FOR ARREST**

CASE NUMBER: **00-6309**

TO: The United States Marshal
and any Authorized United States Officer

**CR - SEITZ**

YOU ARE HEREBY COMMANDED to arrest __ANSON KLINGER__

Name **MAGISTRATE JUDGE GARBER**

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1956(h)

| CLARENCE MADDOX | COURT ADMINISTRATOR\CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 10/24/00 - Fort Lauderdale, Florida |
| Signature of Issuing Officer | Date and Location |
| BSS | BARRY S. SELTZER |
| Bail fixed at $ 100,000 Corporate Surety Bond w/th | by __UNITED STATES MAGISTRATE JUDGE__ |
| w/ Nebbia | Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above defendant at
**Ft. Lauderdale, FL**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | [signature] |
| DATE OF ARREST | | |
| 10/26/00 | | Edward Purchase, SDUSM |

#126