**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Unsealed 11/8/00

Case No. 00-6309-CR        Date 10/27/00
Clerk L. Webb              Reporter R. Kaufman
USPO No                    Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg          Defense Counsel _____

Defendant(s): Present ____ Not Present X In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/1

```
[docket0]                     CIVIL/CRIMINAL                    [wdk/text]
4. Queries                        Docketing


  Docket #    : 0:00-cr-6309                                      BLG
  Short Title: USA              v. Raffa
  Type: cr         Judge: Seitz            Magistrate:
  ---------------------------------------------------------------------

  ---------------------------------------------------------------------
                  Summary of Event that Created the Document
  Filed       Entry Date  Last Update       History ID     Docketed by
  10/27/00    11/1/00     **/**/**          4266734             sp
       +-----------------------------------------------------------+
         SEALED DOCUMENT



       +viewing docket text----------------------------------------+
  Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 149