UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANSON KLINGER,

    Defendant.
_____/



## NOTICE OF PERMANENT APPEARANCE

The Law Office of Neil M. Nameroff, .P.A., 100 S.E. 2nd Street, Suite 3350, Miami, Florida 33131, hereby files this Notice of Permanent Appearance for the trial level in the above-captioned cause for the above-named defendant.

IT IS HEREBY REQUESTED that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings filed in the above-captioned matter, and further,

IT IS HEREBY REQUESTED that the Clerk of this Court promptly notify the undersigned of the time, date and place or arraignment, hearings, reports, sounding and trial to insure prompt appearance of the defendant and the undersigned counsel before this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the U.S. Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132 this 31st day of October, 2000.

Respectfully submitted,

NEIL M. NAMEROFF, P.A.
100 S.E. 2nd Street, Suite 3350
Miami, Florida 33131
(305) 536-8700

By: _____
NEIL M. NAMEROFF, ESQ.
Fla. Bar No: 230723