UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

ANSON PETER KLINGER
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55524-004

Language: _____

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

Tel. No: _____

Defense Counsel:    Name: Neil Nameroff
Address: 100 S.E. 2 St, # 3350
Miami, FL 33131
Tel. No: (305) 536-8700

Bond Set/Continued:    STIP. $25,000 CSB/NEBBIA
& $100,000 PSB

DATED this 31st day of OCTOBER, 2000.

CLARENCE MADDOX, CLERK,

BY STEPHAINE LEE
   Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D-110-1150, 111-1
DIGITAL START NO. _____

#155