UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANSON KLINGER, et. al

    Defendant.
_____/

### UNOPPOSED MOTION TO TRAVEL BEYOND SOUTHERN DISTRICT OF FLORIDA

    COMES NOW the Defendant, ANSON KLINGER, by and through his undersigned counsel and hereby moves this Honorable Court to enter an order permitting him to briefly travel outside the jurisdiction of the Southern District of Florida, and in support thereof, would show as follows:

    1.    On October 26, 2000, U.S. Magistrate Seltzer granted the Defendant his release from pretrial detention through a surety bond which included standard conditions of release, including travel restrictions confined within the jurisdiction of this Court.

    2.    On October 7, 2000, the defendant had made travel arrangements for a long weekend vacation from November 10 to 12, 2000, See attached itinerary, marked Exhibit "A". This brief vacation was planned after the defendant learned that he required cancer surgery to remove a tumor from his stomach; that medical procedure is

planned for November 14, 2000. See attached letter from Dr. Cohen, marked Exhibit "B". Naturally, the Defendant has some anxiety and trepidation regarding this surgery and the anticipated biopsy of the tumor.

3. On November 6, 2000, the undersigned spoke to U.S. Pretrial Services Officer Gavin Churchill, at which time he stated no objection to these travel plans by the Defendant.

4. Also, on November 6, 2000, the undersigned spoke with AUSA Brian McCormick who stated that he had no objection to the relief sought herein.

WHEREFORE the defendant, ANSON KLINGER, respectfully prays that this Honorable Court will permit him to travel outside the Court's jurisdiction from November 10 to 12, 2000 for the above-cited reason.

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the AUSA Brian McCormick, U.S. Attorney's Office, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301 this 6th day of November, 2000.

Respectfully submitted,

NEIL M. NAMEROFF, P.A.
100 S.E. 2nd Street, Suite 3350
Miami, Florida 33131
(305) 536-8700

By: _____
NEIL M. NAMEROFF, ESQ.
Fla. Bar No: 230723

### FIRST CHOICE

**Tickets, Tours And Travel**
*Sports, Concerts, Theatre, Cruises, Airline Tickets And More!*
708 Southeast 17th St. Causeway, Fort Lauderdale, FL USA 33316
Phone: (954) 463-4456 • Toll Free: (800) 545-3114
Fax: (954) 761-3114 • Web: www.firstchoicetickets.com

*Because you deserve the best.*

...THIS INVOICE REPRESENTS AN IMMEDIATE TRANSFER
OF FUNDS FROM OUR AGENCY TO THE PARTICIPATING
CARRIER UPON ISSUANCE OF TICKETS
TERMS: PAYMENT DUE UPON RECEIPT OF INVOICE.

**003521**

PREFERRED TRAVEL                  PREFERRED TRAVEL
1522 PONCE DE LEON BLVD           1522 PONCE DE LEON BLVD
MIAMI FL 33134                    PREFERRED TRAVEL
                                  1522 PONCE DE LEON BLVD
                                  MIAMI FL 33134

KLINGER/ANSON

                                           3054430000          07OCT00

**ELECTRONIC TICKET** * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**CONSULT TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
RESTRICTIONS-NON-REFUNDABLE/PNLTY FOR CHGS
ISSUED BY FIRST CHOICE TICKETS TOURS TRAVEL INC FT LAUDERDALE FL

10NOV LV FT LAUDERDALE      847A    AMERICA WEST   2193K OK BREAKFAST
      AR LAS VEGAS         1100A    BAGS ALLOWED- 3PIECE   OSTOP 757
VALID FOR TRAVEL-BEFORE 10NOV/AFTER 10NOV

12NOV LV LAS VEGAS         1126P    AMERICA WEST    800K OK
13NOV AR FT LAUDERDALE      700A    BAGS ALLOWED- 3PIECE   OSTOP 757
VALID FOR TRAVEL-BEFORE 12NOV/AFTER 12NOV

U 12NOV PROFESSIONAL FEE              -              CONFIRMED
  2000                                        ITEM COST:20.00

            TICKET NUMBER(S):   E4011009749392

BOOKING FEE            20.00   TAX                     0.00
                               SUBTOTAL               20.00
                               AIR FARE              202.79
                               TAX                    26.21
                               TOTAL AIR FARE        229.00
                               TOTAL INVOICE AMOUNT  249.00
                               AMOUNT DUE            249.00

AMOUNT IS TO BE PAID BY: CASH

            THANK YOU FOR YOUR BUSINESS

**EXHIBIT A**

# ProHealth

1905 Clint Moore Road, Suite 301, Boca Raton, Florida 33496
Phone: 561-226-3300   Fax: 561-226-3400

**Cardiology**
Ronald I. Blankstein, M.D., F.A.C.C.

**Family Practice**
Kenneth L. Beckett, M.D.
Paul C. Diamond, D.O.
A. J. Peterson, M.D.

**Gastroenterology**
Rodney S. Cohen, M.D.

**Internal Medicine**
E. Susan Barish, M.D.
Meyer E. Cohen, M.D.
Maymon Kyaw, M.D.
David W. Lehman, M.D.
Leslie Levine, M.D.
Richard A. Levine, M.D., F.A.C.P.
Ronnie J. Morris, M.D.
Steven E. Reznick, M.D., F.A.C.P.
Susannah R. Rothenberg, M.D.
Michelle P. Schwartz, M.D.
Suzanne B. Weiner, M.D.
Neal B. Weisman, M.D.

Orly Matheson P.A.-C

**Internal Medicine & Nephrology**
Robert M. Colton, M.D.
Bernard Kaminetsky, M.D., F.A.C.P.

**Obstetrics/Gynecology**
Samuel L. Heering, M.D.

**Rheumatology**
David Makover, M.D., F.A.C.P.

November 1, 2000

**RE: KLINGER, ANSON**

To Whom It May Concern:

My patient, Mr. Anson Klinger, will be undergoing an operation on the November 14, 2000. He will require a four to six day hospital stay and will need to have bed rest for the next three to four weeks.

Please feel free to contact me with any further questions.

Sincerely,

*Meyer Cohen MD* (signature)

Meyer Cohen, M.D.
MC/ms

E. EXHIBIT B

**Administrative Office**
2900 N. Military Trail, Suite 100, Boca Raton, Florida 33431   Phone: 561-912-0057   Fax: 561-912-9244
Billing Inquiries