UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANSON KLINGER et al.

    Defendant.
_____/



### ORDER GRANTING DEFENDANT KLINGER'S UNOPPOSED MOTION TO TRAVEL

THIS CAUSE coming on to be considered upon the Defendant's unopposed motion to travel outside the Southern District of Florida, and the Court having considered said motion finds that it is hereby

ORDERED and ADJUDGED that the unopposed motion of defendant, ANSON KLINGER, to travel outside the Southern District of Florida, be and the same is hereby granted; the defendant shall telephone his pretrial services officer within 24 hours of leaving the District on November 10, 2000, and he shall also telephone his pretrial services officer with 24 hours of returning to the District on November 12, 2000.

DONE and ORDERED in Chambers at Ft. Lauderdale, Florida this ____ day of November, 2000.

                                                  U.S. Magistrate Judge

cc:  AUSA Brian McCormick
      Officer Gavin Churchill, Pretrial Service
      Neil M. Nameroff, Esq.

NOV 1 4 2000

Rec'd in MIA DKT