UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-Cr-Seitz/Garber (s)

UNITED STATES OF AMERICA,

vs.

Fred Morgenstern
Oscar Klinger

This cause came before the Court and pursuant to proceedings held, it is thereupon

ORDERED AND ADJUDGED as follows:

Upon request of the parties, and good cause being shown, the _arraignment_ is hereby reset to _3/5/01_ at _10:00 A.M._ before the Duty Magistrate Judge.

DONE AND ORDERED at Miami, Florida this _6th_ day of _February_, 2001.

TAPE NO: 7-969

_____
UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

Wilfredo Ferrer
c: AUSA
   Defense Counsel — John Howes Esq.
   Pretrial Services
   U.S. Marshal

Neil Nameroff Esq.

325