# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by _____ D.C.
FEB 8 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR            Date 2/6/01
Clerk L. Webb                  Reporter D. Ehrlich
USPO No                        Interpreter No

UNITED STATES OF AMERICA v. Mamone, et al.

AUSA B. McCormick              Defense Counsel all Δs

Defendant(s): Present ____ Not Present ____ In Custody ____

Reason for Hearing: Status Conf

Result of Hearing: Benjamin at conf 8/15 - 8/20.
Spadero - has vacation plans 7/25 - 9/3
a trial w/ PCH on 9/4 (J. Sloman USA v. Masaro
to take 6 weeks). 9-10 Δs
E. Perez - spec set 7/3 w/ Highsmith - 17 Δs: 45 days. US v. United Express.
+ Hurley in WPB 10/3.
J. Harris - he + Rothman have children going to FSU to

Misc.: about 8/25.
Rothman to be lead for Dade lawyers
Harris  "    "    "    "   Broward  "
No spec trials set for Sept - Feb 02.
Cotrone set for 1st degree murder in State Ct

Case Continued to: Aug or Sept.  Time _____ For _____
Status Conf: 5/22/01 @ 8:30 + 7/24/01 @ 8:30
PT motions cutoff:
all PT motions referred to BLG.

PT motions due 4/16/01, any other discovery issues will be addressed at 5/22 status conf.