UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GUISEPPE BELLITTO
MARK CARATTINI
PAUL DIFILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL

        Defendants.
_____/



FILED by ____ D.C.

FEB 9 2001

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ORDER SETTING CASE FOR TRIAL, STATUS AND ORDER OF REFERRAL

This Cause came on for a status conference on February 6, 2001, for the purpose of setting a trial date. After considering the representations of all counsel, it is

ORDERED as follows:

1.    The above-styled case is SPECIALLY SET for trial beginning on **February 11, 2002, at 10:00 a.m.**, at the United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida. A calendar call/final pretrial conference will be held on **February 6, 2002, at 8:30 a.m. (The trial is



**estimated to last for two months.)** Counsel shall have a continuing duty to inform other judges of this trial date in order that their calendars remain clear to try this case on the date herein above stated.

2. This case be set for two future status conferences on **May 22, 2001, at 8:30 a.m.** and **July 24, 2001, at 8:30 a.m.**

3. Counsel shall comply with all aspects of the Standing Discovery Order of this Court as it relates to criminal cases. The Court will not allow any discovery that fails to adhere to the dictates of the above-mentioned Standing Discovery Order.

4. All pretrial motions must be filed by **April 16, 2001**.

5. Proposed voir dire and jury instructions, in written form and on disk (WordPerfect 8 or 9), shall be submitted at the time of the **February 6, 2002** calendar call/pretrial conference. Counsel are required to pre-mark all exhibits and the government is to provide an exhibit list to the Court at the at the **February 6, 2002** pretrial conference. The defense shall submit *in camera* an exhibit list at the commencement of the defense case. Government exhibits shall be designated, numerically; defense exhibits as follows:

| | |
|---|---|
| JOHN MAMOME | JM-1, JM-2, etc. |
| FRED MORGENSTERN | FM-1, FM-2, etc. |
| DAVID MORGENSTERN | DM-1, DM-2, etc. |
| JOSEPH SILVESTRI | JSI-1, JSI-2, etc. |
| JULIUS BRUCE CHIUSANO | JC-1, JC-2, etc. |
| MICHAEL BUCCINNA | MB-1, MB-2, etc. |
| JEFFREY BASS | BASS-1, BASS-2, etc. |
| FREDERICK SCAROLA | FS-1, FS-2, etc. |
| GUISEPPE BELLITTO | GB-1, GB-2, etc. |
| MARK CARATTINI | MC-1, MC-2, etc. |
| PAUL DIFILIPPI | PD-1, PD-2, etc. |
| ANSON KLINGER | AK-1, AK-2, etc. |
| JOSEPH SPITALERI | JSP-1, JSP-2, etc. |
| CHARLES CLAY | CC-1, CC-2, etc. |
| PEGGY PRESTON | PP-1, PP-2, etc. |
| MARK WEISS | MW-1, MW-2, etc. |
| JACOLYN BARUCH | JB-1, JB-2, etc. |

    DAVID BELL        DB-1, DB-2, etc.

IT IS FURTHER ORDERED that all pretrial motions filed after the date of this order, except motions for continuance, be **REFERRED** to the Honorable Barry L. Garber, United States Magistrate Judge, for ruling in accordance with the Rules of Criminal Procedure and the Local Rules. Counsel shall designate this case number as 00-6309-CR-SEITZ/GARBER.

DONE AND ORDERED in Miami, Florida this 8th day of February, 2001.

                  _____
                  PATRICIA A. SEITZ
                  UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Barry L. Garber
All counsel of record