UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

ANSON KLINGER
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: 55524-004

Language: English

The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

                Tel. No:

Defense Counsel:  Name: NEIL NAMEROFF ESQ.

                Address 100 NE 2ND ST.

                         MIAMI, FL., 33131

                Tel. No: (305) 536-8700

Bond Set/Continued:    $25,000 CSB/ & $100,000 PSB

DATED this 5th day of MARCH, 2001.

CLARENCE MADDOX, CLERK,

BY NANCY J. FLOOD
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-
DIGITAL START NO.