PS 8
(8/88)

# United States District Court
## for
## SOUTHERN FLORIDA



FILED by _____ D.C.

MAR 6 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

U. S. A. vs. KLINGER, ANSON                               Docket No. 00-6309-CR-SEITZ

### Petition for Action on Conditions of Pretrial Release

COMES NOW GAVIN B. CHURCHILL PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ANSON KLINGER who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in the court at FT. LAUDERDALE, on the 26TH day of OCTOBER, 2000 under the following conditions:

1. Report to Pretrial Services as directed;
2. Travel is restricted to the Southern District of Florida;
3. No contact with victims and/or witnesses;
4. Drug testing and treatment as directed;
5. Maintain employment; and
6. No weapons and/or firearms;

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant was hospitalized a few months ago for a ventral hernia operation. However, as a result of complications from the surgical operation the defendant has now been diagnosed with "cauda aquina syndrome." This according to medical authorities has left the defendant "without the use of his lower extremities."

Furthermore, the defendant has been ordered by his doctor to remain at home on bed rest due to his "limited mobility and his physical strength." Please see the attached documentation and statement from Doctor Andrew Ross M.D.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED TO DELETE DRUG TESTING; EMPLOYMENT AND IN PERSON REPORTING TO PRETRIAL SERVICES.**

*Defendant to provide medical updates from treating doctor to pretrial every 45 days until he reaches maximum recovery.* [handwritten]

### ORDER OF COURT

Considered and ordered this __6th__ day of __March__, 2001 and ordered filed and made a part of the records in the above case.

_____
Honorable Patricia A. Seitz
U. S. District Court Judge

Respectfully,

_____
Gavin B. Churchill
U.S. Pretrial Services Officer

Place    FT. LAUDERDALE, FLORIDA
Date     02/27/2001