T.H

00 6309-CR-Seitz

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

227591

at Miami

RECEIVED FROM Harry M. Solomon
799 Brickell Plaza
Miami, FL 33131
USA(s) John Mamone

Fund CK# 1203
6855XX  Deposit Funds
604700  Registry Funds
        General and Special Funds
508800  Immigration Fees
085000  Attorney Admission Fees
086900  Filing Fees
322340  Sale of Publications
322350  Copy Fees
322360  Miscellaneous Fees
143500  Interest
322380  Recoveries of Court Costs
322386  Restitution to U.S. Government
121000  Conscience Fund
129900  Gifts
504100  Crime Victims Fund
613300  Unclaimed Monies
510000  Civil Filing Fee (½)
510100  Registry Fee

| ACCOUNT | AMOUNT |
|---|---|
|  | 20,000.00 |

TOTAL 20,000.00

Case Number or Other Reference
00-6309-CR-Seitz

Per Court Order
To be Invested

477

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 07/23/20   Cash  Check ✓  M.O.  Credit   DEPUTY CLERK Hamill