UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

ANSON KLINGER,

    Defendant.
_____/

### ORDER

THE COURT has received the Motion to Withdraw as Counsel for Defendant Klinger, filed by Neil M. Nameroff, Esquire. Upon due consideration it is hereby

ORDERED that a hearing shall be held on said motion on Tuesday, August 7th, 2001 at 3:00 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132. The defendant Klinger shall attend said hearing, together with Mr. Nameroff.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of August, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record