UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ANSON KLINGER, et al.,

   Defendant.
_____/



### MOTION TO WITHDRAW THE MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT KLINGER

COMES NOW defense counsel Neil M. Nameroff, Esq., and hereby moves to withdraw the Motion to Withdraw as Counsel for Defendant Klinger and in support thereof would show as follows:

1.   Defense counsel's motion to withdraw as counsel of record for Defendant Klinger is scheduled for Tuesday, August 7, 2001 before Your Honor.

2.   The Defendant has agreed to cooperate with defense counsel regarding this cause.

WHEREFORE the defense counsel respectfully prays that this Honorable grant his Motion to Withdraw the Motion to Withdraw as Counsel for Defendant Klinger as counsel for the above cited reasons.

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to the AUSA Brian McCormick, U.S. Attorney's Office, 299 East Broward Boulevard, Ft. Lauderdale, Florida 33301 and to Defendant, Anson Klinger, 5334 Sapphire Valley, Boca Raton, Florida 33486 this 6th day of August, 2001.

Respectfully submitted,

NEIL M. NAMEROFF, P.A.
100 S.E. 2nd Street, Suite 3350
Miami, Florida 33131
(305) 536-8700

By: _____
NEIL M. NAMEROFF, ESQ.
Fla. Bar No: 230723

2

NEIL M. NAMEROFF, ATTORNEY AT LAW
SUITE 3350 • 100 SOUTHEAST 2ND STREET • MIAMI, FLORIDA 33131 • (305) 536-8700 • FAX (305) 536-8704