UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-Seitz/Garber

UNITED STATES OF AMERICA,

v.

ANSON KLINGER,

    Defendant.
_____/



### ORDER

THE COURT has received the Motion to Withdraw the Motion to Withdraw as Counsel for Defendant Klinger. Upon due consideration of same, it is hereby

ORDERED that said motion is GRANTED and the hearing presently scheduled for Tuesday, August 7th, 2001 is CANCELED.

DONE AND ORDERED in Chambers at Miami, Florida this 6th day of August, 2001.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Seitz
Counsel of record

