CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 9/21/01
Clerk L. Webb              Reporter D. Ehrlich
USPO                       Interpreter
USPTS

AUSA B. McCormick/         Def. Atty. All As represented.
D. Fernandez
United States of America v. McMorne, et al.

Defendant(s): Present ____ Not Present X  In Custody ____
Reason for Hearing Status Conf.

Results of Hearing Rothman & Harris to meet 5 days before status to determine if there is need for conf. & into ct 2 days prior. Schwartz & Karlow have trial on 2/11 before JAG on USA v Arias which conflicts ours. Discussion re copying of docs in SC case. Gov't & As to work out means of supplying As with docs.

Misc. CSA lead counsel — John Howes re SC docs — to work w/ Jhones to get docs. Howes will inform Court by 10/1 of results of doc discovery.

48