CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.

OCT 11 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. OO-6309-cr _____     Date 10/10/01 _____

Clerk L. Webb _____     Reporter D. Ehrlich _____

USPO _____     Interpreter _____

USPTS _____

AUSA D Fernandez / _____     Def. Atty. all As represented.
_____ B. McCormick _____

United States of America v. Maimone _____

Defendant(s): Present _____    Not Present  X _____    In Custody _____

Reason for Hearing Re: Discovery Matters re: SC case,

Results of Hearing Docs can be returned to Miami
Govt needs time to get agents up there
+ back by 11/1/01. 3 weeks to do date stamping
Approx. 110 boxes

Judge Anderson in S.C. Anderson, SC.
Govt needs to retain some Docs in SC
re ancillary proceedings. Govt to find

Misc. out if duplicates can be made +
sent down.

Any expenses incurred there for w/o approval
of Court is will not be paid. Uh USA funds
w/1 12 days. Govt to advise Court if there
is an index of SC docs done by SC counsel.

Discovery conf between counsel on set for next week.

PT motions extended to 11/19 - 3 new As only
Govt's resp due by 12/7

689/4