

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO.: 00-6309-SEITZ

    Plaintiff,

v.                                JOINT STIPULATION FOR
                                  SUBSTITUTION OF COUNSEL
ANSON KLINGER,

    Defendant.
_____/

JOSEPH S. ROSENBAUM, P.A. hereby files this Joint Stipulation For Substitution of Counsel which would allow the withdrawal of Neil Nameroff, Esq. as counsel for the Defendant and to substitute Joseph S. Rosenbaum, Esq. as attorney of record.

The Defendant has retained the services of Joseph S. Rosenbaum, P.A. to represent him in the above-captioned matter. A Notice of Appearance on behalf of this Defendant is being filed contemporaneously with this Joint Stipulation For Substitution of Counsel.

|  | Respectfully submitted, |
|---|---|
| _____ | _____ |
| NEIL NAMEROFF, ESQ. | JOSEPH S. ROSENBAUM, ESQ. |
| FLORIDA BAR NO. 230723 | FLORIDA BAR NO. 240206 |
| 100 S.E. 2ND ST. | JOSEPH S. ROSENBAUM, P.A. |
| MIAMI, FL 33131 | 2400 SOUTH DIXIE HIGHWAY |
| TEL: (305) 536-8700 | SUITE 105 |
| FAX: (305) 536-8704 | MIAMI, FLORIDA 33133 |
|  | TEL: (305) 858-7377 |
|  | FAX: (305) 858-7299 |

Joseph S. Rosenbaum, P.A., 2400 South Dixie Highway, Suite 105, Miami, Florida 33133
Telephone (305) 858-7377 - Facsimile (305) 858-7299

Scanned Image - 0:00CR6309 Document 692 page 2 Thu Dec 20 00:00:00 2001