UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6309-SEITZ

   Plaintiff,

v.

                                    **NOTICE OF APPEARANCE**

ANSON KLINGER,

   Defendant.
_____/

      PLEASE TAKE NOTICE that the Joseph S. Rosenbaum, Esq., hereby enters his Notice of Appearance on behalf of the Defendant in the above-styled cause.

      This appearance is limited exclusively to representation at trial. This representation does not bind the undersigned attorney to represent the defendant in any appellate matter.

Respectfully Submitted,

_____
JOSEPH S. ROSENBAUM, ESQ.
Florida Bar No. 240206

JOSEPH S. ROSENBAUM, P.A.
2400 SOUTH DIXIE HIGHWAY
SUITE 105
MIAMI, FLORIDA 33133
TEL: (305) 858-7377
FAX: (305) 858-7299

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6309-SEITZ

    Plaintiff,

v.  **JOINT STIPULATION FOR**
    **SUBSTITUTION OF COUNSEL**

ANSON KLINGER,

    Defendant.
_____/

JOSEPH S. ROSENBAUM, P.A. hereby files this Joint Stipulation For Substitution of Counsel which would allow the withdrawal of Neil Nameroff, Esq. as counsel for the Defendant and to substitute Joseph S. Rosenbaum, Esq. as attorney of record.

The Defendant has retained the services of Joseph S. Rosenbaum, P.A. to represent him in the above-captioned matter. A Notice of Appearance on behalf of this Defendant is being filed contemporaneously with this Joint Stipulation For Substitution of Counsel.

Respectfully submitted,

_____  _____
NEIL NAMEROFF, ESQ.  JOSEPH S. ROSENBAUM, ESQ.
FLORIDA BAR NO. 230723  FLORIDA BAR NO. 240206

100 S.E. 2ND ST.  JOSEPH S. ROSENBAUM, P.A.
MIAMI, FL 33131  2400 SOUTH DIXIE HIGHWAY
TEL: (305) 536-8700  SUITE 105
FAX: (305) 536-8704  MIAMI, FLORIDA 33133
  TEL: (305) 858-7377
  FAX: (305) 858-7299