UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6309-SEITZ

    Plaintiff,

v.

ANSON KLINGER,

    Defendant.
_____/

FILED by ___ D.C.
OCT 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING JOINT STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE came before the Court on Defendant's Joint Motion for Substitution of Counsel. The Court, having considered the motion hereby orders that the motion is GRANTED and that JOSEPH S. ROSENBAUM, ESQ. is hereby substituted for NEIL NAMEROFF, ESQ., as counsel for the Defendant.

DONE AND ORDERED at Miami, Florida on this 16th day of October, 2001.

_____
PATRICIA A. SEITZ

cc:    All counsel of record

