UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-SEITZ

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANSON KLINGER,

Defendant.
_____/

## DEFENDANT ANSON KLINGER'S UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Defendant, ANSON KLINGER, by and through undersigned counsel, respectfully files this Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

1. Pretrial motions are presently due on October 22, 2001 and responses thereto are due by November 19, 2001.

2. On October 10, 2001, the Court ordered that pretrial motions for the three new Defendants would be due on November 19, 2001, with responses due by December 7, 2001.

3. Undersigned counsel has recently become counsel of record for ANSON KLINGER and has just received the file of prior counsel and is currently reviewing same. Undersigned counsel needs additional time in order to review the file and see what pretrial motions, if any, should be filed.

---

United States of America v. Anson Klinger
Case No.: 00-6309-SEITZ
Page 2

4. The Government and defense counsel have agreed to an extension for filing all pretrial motions to November 19, 2001 with responses due by December 7, 2001.

WHEREFORE, Defendant ANSON KLINGER, respectfully requests that this Court enter an Order extending the time to file pretrial motions to November 19, 2001 and the time to file responses thereto to December 7, 2001.

Respectfully Submitted,

_____
JOSEPH S. ROSENBAUM, ESQ.
Florida Bar No. 240206

JOSEPH S. ROSENBAUM, P.A.
2400 SOUTH DIXIE HIGHWAY
SUITE 105
MIAMI, FLORIDA 33133
TEL: (305) 858-7377
FAX: (305) 858-7299

United States of America v. Anson Klinger
Case No.: 00-6309-SEITZ
Page 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this October 19, 2001 to:

Brian McCormick
Assistant U.S. Attorney
500 East Broward Blvd.
Ft. Lauderdale, FL 33394

Kenneth Swartz, CJA
100 N. Biscayne Blvd., Suite 2100
Miami, FL 33132
*Counsel for John O'Sullivan*

David Rothman, Esq.
200 S. Biscayne Blvd., #2690
Miami, FL 33131
*Counsel for John Mamone*

Richard Hamar, Esq.
2437 Briarcrest Rd.
Beverly Hills, CA 90210
*Counsel for Charles Clay*

John R. Howes, Esq. (CJA)
633 SE 3rd Ave., Suite 4R
Ft. Lauderdale, FL 33301
*Counsel for Fred Morgenstern*

Jon May, Esq.
200 E. Broward Blvd., Suite 1210
Ft. Lauderdale, FL 33301
*Counsel for Charles Clay*

Ana Jhones, Esq. (CJA)
330 Biscayne, Suite 625
Miami, FL 33132
*Counsel for David Morgenstern*

Philip Horowitz, Esq. (CJA)
9130 S. Dadeland Blvd.
Miami, FL 33156
*Counsel for Mark Weiss*

Emmanuel Perez, Esq (CJA)
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL 33144
*Counsel for Joseph Silvestri*

Jeffrey Harris, Esq.
1 East Broward Blvd., Suite 925
Ft. Lauderdale, FL 33301
*Counsel for David Bell*

Brian Tannenbaum, Esq.
200 S. Biscayne Blvd., #2690
Miami, FL 33131
*Counsel for Michael Buccinna*

Jayne Weintraub, Esq.
100 SE 2nd Street, Suite 3550
Miami, FL 33131
*Counsel for Joseph Russo*

David Tarlow, Esq.
801 Brickell Ave., Suite 1901
Miami, FL 33131
*Counsel for Frederick Scarola*

Howard Srebnick, Esq.
210 S. Biscayne Blvd., Suite 1300
Miami, FL 33131
*Counsel for Doreen Russo*

James S Benjamin, Esq.
1 Financial Plaza, Suite 1615
Ft. Lauderdale, FL 33394
*Counsel for mark Carassini*

JOSEPH S. ROSENBAUM, ESQ.

Joseph S. Rosenbaum, P.A., 2400 South Dixie Highway, Suite 105, Miami, Florida 33133
Telephone (305) 858-7377 - Facsimile (305) 858-7299