FILED by _____ D.C.
MAG. SEC.

OCT 24 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ(s)(s)
GARBER

UNITED STATES OF AMERICA,

vs.

ANSON KLINGER

_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : _____

Language: _English_

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:           Address: _On Bond_

                     Tel. No: _____

Defense Counsel:    Name    : _JOSEPH S. ROSENBAUM, P.A._

                     Address: _2400 SOUTH DIXIE HIGHWAY, #105_

                              _MIAMI, FL 33133_

                     Tel. No: _(305) 858-7377_

Bond ~~Set~~/Continued:         $ _As previously set_

Dated this _24th_ day of _OCTOBER_, 2001.

CLARENCE MADDOX, CLERK

BY _AMY JORDAN_
    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 01G-75
DIGITAL START NO. 349