CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
DEC 1 4 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. — MIAMI

Case No. 00-6309-Cr        Date 12/14/01
Clerk L. Webb             Reporter D. Ehrlich
USPO _____                Interpreter _____
USPTS _____

AUSA B. McCormick /       Def. Atty. All As represented.
     D. Fernandez

United States of America v. Mamone, et al

Defendant(s): Present _____ Not Present X   In Custody _____
Reason for Hearing Status Conf.

Results of Hearing: Mamone will enter plea of guilty. Seiken may have a problem with Feb date since he just came into case. Joseph + Doreen Russo req. that motions pending before BLG be deferred as this case may be resolved — will defer to BLG as long as hrg is held in Jan if no plea.

Misc. O'Sullivan may plead — asks that m/ sever be deferred. — Court defers to BLG. Corretini will most likely plead. Benjamin's m/ to file late m/ adopt is denied.

