JBM:DF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>6309-CR-SEITZ(S)(S)(S)</u>
18 U.S.C. 1084

UNITED STATES OF AMERICA,
        Plaintiff,

v.

ANSON KLINGER,
        Defendant.
_____/



## SUPERSEDING INFORMATION

The United States Attorney charges that:

From in or about 1998, to on or about September 30, 2000, in the Southern District of Florida, and elsewhere, the defendant, ANSON KLINGER, engaged in the business of betting and wagering, knowingly did use a wire communication facility, that is, a telephone, for the transmission in interstate and foreign commerce between Broward County in the State of Florida, and Costa Rica, of bets and wagers, and information assisting in the placing of bets and wagers, on sporting events and contests.

All in violation of Title 18, United States Code, Section 1084.

                                    GUY A. LEWIS
                                    UNITED STATES ATTORNEY

                                    J. BRIAN McCORMICK
                                    ASSISTANT UNITED STATES ATTORNEY

                                    DIANA L.W. FERNANDEZ
                                    ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANSON KLINGER

CASE NO.        00-6309-CR-SEITZ(S)(S)(S)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information**:

New Defendant(s)          Yes ___   No _X_
Number of New Defendants         ___
Total number of counts           _1_

**Court Division**: (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days          _X_      Petty         ___
   II   6 to 10 days         ___      Minor         ___
   III  11 to 20 days        ___      Misdem.       ___
   IV   21 to 60 days        ___      Felony        _X_
   V    61 days and over     ___

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _Patricia A. Seitz_         Case No. _00-6309-Cr-Seitz(S)(S)_
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _search warrants 00-4603-Snow & 00-4604-Snow_
   Defendant(s) in federal custody as of _n/a_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  _X_ Yes  ___ No    If yes, was it pending in the Central Region? _X_ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami?  ___ Yes  _X_ No

J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
COURT I.D.# A5500084

*Penalty Sheet(s) attached                                           REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   ANSON KLINGER

Count #: 1     18 U.S.C. 1084     Transmission of wagering information

*Max. Penalty: 2 years' imprisonment and up to a $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96