AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JAN 30 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA     **WAIVER OF INDICTMENT**

      v.     CASE NUMBER:   00-6309-CR-SEITZ(S)(S)(S)

ANSON KLINGER

I, ANSON KLINGER, the above named defendant, who is accused of transmission of wagering information, in violation of Title 18, United States Code, Section 1084, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 1/29/02 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANSON KLINGER
Defendant.

_____
JOSEPH ROSENBAUM
Counsel for Defendant

Before _____
UNITED STATES ~~MAGISTRATE~~ DISTRICT JUDGE