CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _JT_ D.C.

JAN 3 0 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. _00-6309-Cr_    Date _1/29/02_
Clerk _L. Webb_    Reporter _D Ehrlich_
USPO _____    Interpreter _____
USPTS _____

AUSA _U. Fernandez_    Def. Atty. _Joe Rosenbaum_

United States of America v. _Hanson Klinger_

Defendant(s): Present _X_   Not Present _____   In Custody _No_

Reason for Hearing _Change of plea to superseding Information._

Results of Hearing _Adjudicated Guilty; PSI ordered; referred to probation._

Misc. _Defendant to remain on bond pending sentencing._

