UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6309-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ANSON KLINGER,

    Defendant.
_____/

## DEFENDANT ANSON KLINGER'S MOTION
## FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PSI

    Defendant, ANSON KLINGER, by and through undersigned counsel, respectfully files this Unopposed Motion for Extension of Time to File Pretrial Motions in this case, and in support thereof states as follows:

    1.    On March 18, 2002 undersigned counsel had a telephone conference with the United States Probation Officer, Bonita C. Abrams regarding some minor issues in the Presentence Investigation. Ms. Abrams informed undersigned counsel that she has ordered additional documents which clarify some of these issues.

    2.    The issues in dispute involve a worthless check that was passed on February 2, 1968 where the disposition shows 18 months probation. Mr. Klinger does not believe he was ever placed on probation for anything and that upon restitution the case was dismissed. Additionally, there are three other worthless checks where the dispositions are listed as undetermined. Mr. Klinger advises that restitution was made and that these three cases were also dismissed.

---

Joseph S. Rosenbaum, P.A., 2400 South Dixie Highway, Suite 105, Miami, Florida 33133
Telephone (305) 858-7377 - Facsimile (305) 858-7299

United States of America v. Anson Klinger
Case No.: 00-6309-SEITZ
Page 2

3. Rather than file objections to the PSI, undersigned counsel and U.S. Probation Officer, Bonita Abrams are trying to resolve theses issues before hand. Mrs. Abrams advises that she should have the information during the week of March 25, 2002. Undersigned counsel has spoken with Assistant United States Attorney, Diana Fernandez and she has no objection to this request.

WHEREFORE, Defendant ANSON KLINGER, respectfully requests that this Court grant an extension to file any objections to the PSI until March 27, 2002.

Respectfully Submitted,

_____
JOSEPH S. ROSENBAUM, ESQ.
Florida Bar No. 240206

JOSEPH S. ROSENBAUM, P.A.
2400 SOUTH DIXIE HIGHWAY
SUITE 105
MIAMI, FLORIDA 33133
TEL: (305) 858-7377
FAX: (305) 858-7299

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this March 19, 2002 to: Brian McCormick, Assistant U.S. Attorney, 500 East Broward Blvd., Ft. Lauderdale, FL 33394.

_____
JOSEPH S. ROSENBAUM, ESQ.