UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ANSON KLINGER,

_____/



## ORDER GRANTING MOTION FOR EXTENSION

This matter came before the Court on Defendant Klinger's Motion for Extension of Time to File Objections to PSI. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is GRANTED. The Defendant shall have until **March 27, 2002,** to file his objections to the PSI.

DONE AND ORDERED in Miami, Florida this 25 day of March, 2002.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Joseph Rosenbaum, Esq., 2400 S. Dixie Hwy., #105, Miami, FL 33133
U.S. Probation

