CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ____ D.C.
APR 10 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR        Date 4/10/02
Clerk L. Webb              Reporter D. Ehrlich
USPO D. Leomeister         Interpreter _____
USPTS _____

AUSA D. Fernandez          Def. Atty. J. Rosenbaum

United States of America v. Anson Klinger

Defendant(s): Present  X    Not Present ____    In Custody  No
Sentence Probation 3 years.
Supervised Release _____
Special Conditions of SR: Home confinement 180 days with EM $4.25/day (2) financial disclosure

Fine $ 0                   Special Assessment $ 100.00
Advised of right to appeal  Yes
Recommendations to BOP _____

Misc. All counts as to this ∆ dismissed as to 2nd superseding indictment

943