00-CR-6309
Judge Seitz

FILED by ___ D.C.
02 APR 16 PM 10: 32
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL - MIAMI

No further action required by
the U.S. Marshals Service.

EDWARD STUBBS
~~JAMES A. TASCONE~~
Acting UNITED STATES MARSHAL

SDUSM GD PURCHASE

952

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

ANSON KLINGER

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6309-CR-SEITZ/013

Counsel For Defendant: Joseph Rosenbaum, Esq.
Counsel For The United States: Brian McCormick, AUSA
Court Reporter: David Ehrlich

FILED by _____ D.C.
APR 1 1 2002
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA., MIAMI

The defendant pleaded guilty to Count One of the Third Superseding Information.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1084 | Transmission of wagering information | 9/30/2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

All counts of Second Superseding Indictment relating to this Defendant are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 2/8/1940
Deft's U.S. Marshal No.: 55524-004

Defendant's Mailing Address:
5334 Sapphire Valley
Boca Raton, FL 33486

Defendant's Residence Address:
5334 Sapphire Valley
Boca Raton, FL 33486

Date of Imposition of Sentence:
April 10, 2002

PATRICIA A. SEITZ
United States District Judge

April __11__, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/11/02