UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ANSON KLINGER,
_____/

FILED by _____ D.C.
JAN - 9 2004
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER DENYING MOTION FOR EARLY TERMINATION

This matter came before the Court on Defendant's Motion for Early Termination of Probation. The court having considered the motion and being otherwise fully advised, it is

ORDERED that Defendant's Motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 8th day of January, 2004.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
Joseph Rosenbaum, Esq.
Marisa Denebe, USPO